**FILED**
October 11, 2006
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA, )
 ) Case No. 2:06-mj-265 KJM
             Plaintiff, )
v. ) ORDER FOR RELEASE
 ) OF PERSON IN CUSTODY
Angela Summerfield, )
 )
_____ )
             Defendant.

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release **Angela Summerfield** Case **2:06-mj-265 KJM** from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

    \_    Release on Personal Recognizance

    \_    Bail Posted in the Sum of _____

    X    $50,000 Unsecured bond

    \_    Appearance Bond with 10% Deposit

    \_    Appearance Bond secured by Real Property

    \_    Corporate Surety Bail Bond

    X    (Other)   **PTS conditions/supervision; 3rd party custody**

Issued at **Sacramento, CA** on **10/11/06** at **3:19 p.m.**

By _____
Kimberly J. Mueller
United States Magistrate Judge